CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 2 5 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAVID E. CALKINS,<br><br>    Plaintiff,<br>v.<br><br>PACEL CORPORATION,<br><br>    Defendant,<br>v.<br><br>PACEL CORPORATION,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>DAVID E. CALKINS,<br>F. KAY CALKINS, AND<br>DUCHESSE FARMS, LLC,<br><br>    Counterclaim Defendants. | CASE NO. 3:07CV00025<br><br>ORDER<br><br>By: B. WAUGH CRIGLER<br>U.S. MAGISTRATE JUDGE |

For the reasons set forth in the Memorandum Opinion of even date, it hereby is

ORDERED

that pursuant to the presiding District Judge's December 21, 2007 Order awarding sanctions against David E. Calkins, F. Kay Calkins, and Duchesse Farms, LLC (collectively "counterclaim defendants"), Pacel Corporation shall have and recover the amount of $18,850 in sanctions. A hearing will be scheduled after the merits of the case have been decided to determine the apportionment of this sanction among the counterclaim defendants or their counsel, or both.

    The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ B. Waugh Crigler
United States Magistrate Judge

3/25/08
Date