CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 22 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAVID E. CALKINS,<br>     *Plaintiff,*<br><br>v.<br><br>PACEL CORPORATION,<br>     *Defendant.*<br><br>PACEL CORPORATION,<br>     *Counterclaim Plaintiff,*<br><br>v.<br><br>DAVID E. CALKINS,<br>F. KAY CALKINS, AND<br>DUCHESSE FARMS, LLC,<br>     *Counterclaim Defendants.* | Case No. 3:07CV00025<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on a Motion to Reconsider Default Judgment (docket #87) filed by Counterclaim Defendants F. Kay Calkins and Duchesse Farms, LLC. For the reasons set forth in the accompanying Memorandum Opinion, the motion is hereby DENIED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 22nd day of July, 2008.

               /s/ Norman K. Moon
               NORMAN K. MOON
               UNITED STATES DISTRICT JUDGE