CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 31 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAVID E. CALKINS, | CASE NO. 3:07CV00025 |
| Plaintiff, | |
| v. | ORDER |
| PACEL CORPORATION, | |
| | By: B. WAUGH CRIGLER |
| Defendant, | U.S. MAGISTRATE JUDGE |
| v. | |
| PACEL CORPORATION, | |
| Counterclaim Plaintiff, | |
| v. | |
| DAVID E. CALKINS, F. KAY CALKINS, AND DUCHESSE FARMS, LLC, | |
| Counterclaim Defendants. | |

For the reasons set forth in the court's Memorandum Opinion of even date, it hereby is

O R D E R E D

as follows:

1. Pacel Corporation and its counsel hereby are AWARDED attorney's fees as discovery sanctions in the amount of $18,150.00.

2. This Order will become immediately executable on F. Kay Calkins and Duchesse Farms, LLC., in the event the fees here awarded are not tendered in full to Hirschler Fleischer, P.C., Pacel's counsel, by the close of the court on August 13, 2008, and F. Kay Calkins, Duchesse Farms, LLC have failed to show cause why the award should not be apportioned between them and their counsel or why execution otherwise should be delayed.

3. A show cause hearing hereby is set before the undersigned on August 13, 2008 at 9:30 a.m. in the United States District Court, 255 West Main Street, Room 326, Charlottesville, Virginia 22902. The hearing will not be continued or cancelled unless payment in full has been made prior to August 13, 2008, in which event, the parties hereby are directed to so notify the undersigned.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
United States Magistrate Judge

7-31-08
Date

2

Case 3:07-cv-00025-NKM-BWC   Document 106   Filed 07/31/08   Page 2 of 2   Pageid#: 1736