IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAVID E. CALKINS, | CIVIL NO. 3:07CV00025 |
| Plaintiff, | |
| v. | ORDER |
| PACEL CORPORATION, | |
| Defendant. | JUDGE NORMAN K. MOON |

This matter is before the Court on Calkins' Motion for Summary Judgment (docket no. 129). For the reasons set forth in the accompanying Memorandum Opinion, I will GRANT partial summary judgment in Calkins' favor while reserving judgment on the issue of damages until it is further briefed by the parties.

It is so ORDERED.

The Clerk of Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to Pacel.

Entered this 12th day of December, 2008.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

Case 3:07-cv-00025-NKM-BWC   Document 134   Filed 12/12/08   Page 1 of 1   Pageid#: 1937